

Activity in Case MDL No. 2441 IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
10/24/2013 05:34 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 10/24/2013 at 8:33 AM EDT and filed on 10/24/2013
**Case Name:**        IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation
**Case Number:**   MDL No. 2441
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-18) Finalized on 10/24/13. Please see pleading (3 in LAW/5:13-cv-02810, [310] in MDL No. 2441, 3 in NV/2:13-cv-01805, 3 in TNM/3:13-cv-01088).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the D. Minnesota for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/24/2013.**

**Associated Cases: MDL No. 2441, LAW/5:13-cv-02810, NV/2:13-cv-01805, TNM/3:13-cv-01088 (dn)**

| | |
|---|---|
| **Case Name:** | Brooks et al v Stryker Corp et al |
| **Case Number:** | LAW/5:13-cv-02810 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-18) Finalized on 10/24/13. Please see pleading (3 in LAW/5:13-cv-02810, [310] in MDL No. 2441, 3 in NV/2:13-cv-01805, 3 in TNM/3:13-cv-01088).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the D. Minnesota for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/24/2013.**

**Associated Cases: MDL No. 2441, LAW/5:13-cv-02810, NV/2:13-cv-01805, TNM/3:13-cv-01088 (dn)**

| | |
|---|---|
| **Case Name:** | Taylor v. Howmedica Osteonics Corporation |
| **Case Number:** | TNM/3:13-cv-01088 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-18) Finalized on 10/24/13. Please see pleading (3 in LAW/5:13-cv-02810, [310] in MDL No. 2441, 3 in NV/2:13-cv-01805, 3 in TNM/3:13-cv-01088).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the D. Minnesota for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/24/2013.**

**Associated Cases: MDL No. 2441, LAW/5:13-cv-02810, NV/2:13-cv-01805, TNM/3:13-cv-01088 (dn)**

| | |
|---|---|
| **Case Name:** | Reighard v. Howmedica Osteonics Corp. |
| **Case Number:** | NV/2:13-cv-01805 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-18) Finalized on 10/24/13. Please see pleading (3 in LAW/5:13-cv-02810, [310] in MDL No. 2441, 3 in NV/2:13-cv-01805, 3 in TNM/3:13-cv-01088).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the D. Minnesota for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/24/2013.**

**Associated Cases: MDL No. 2441, LAW/5:13-cv-02810, NV/2:13-cv-01805, TNM/3:13-cv-01088 (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**